**Order entered November 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01038-CV

**KARLA C. LIANG, Appellant**

**V.**

**SHAWANNA EDWARDS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00315-2014**

## ORDER

We **GRANT** court reporter Claudia Webb's November 10, 2015 request to extend time

to file the reporter's record and **ORDER** the record be filed no later than November 30, 2015.

/s/    CRAIG STODDART
       JUSTICE